IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CURTIS GORHAM,**

       *Plaintiff*,

v.                                                 **Case No.: 5:24cv280-MW/MJF**

**ELIJAH SMILEY, et al.,**

       *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 28, and has also reviewed *de novo* Plaintiff's objections, ECF No. 30, and *pro se* motion to seal documents filed as an appendix to Plaintiff's objections, ECF No. 31.

The Magistrate Judge recommends dismissal based on Plaintiff's failure to comply with a court order and because Plaintiff has filed a shotgun pleading as his first amended complaint. ECF No. 28 at 5. This Court agrees that dismissal is appropriate, but this Court concludes that dismissal without prejudice and the requirement that Plaintiff pay the filing fee if Plaintiff refiles his complaint as a new case, rather than dismissal with prejudice, is an appropriate sanction for Plaintiff's failure to comply with a court order. *See, e.g.*, *Camp v. Oliver*, 798 F. 2d 434, 438–39 (11th Cir. 1987) (noting that "dismissal with prejudice [is] a drastic sanction to

be applied only after lesser sanctions are considered and found inadequate"). In the event Plaintiff seeks to refile his claims, he must pay the filing fee and make sure his complaint complies with Rules 8 and 10 of the Federal Rules of Civil Procedure or his claims may ultimately be dismissed with prejudice.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 28, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion, **with the exception of the recommendation that this case be dismissed with prejudice**. Instead, Plaintiff's claims are due to be dismissed **without prejudice** and Plaintiff must pay the filing fee if he chooses to refile his case.

Additionally, inasmuch as Plaintiff has filed documentation containing personal medical information as an appendix to his exhibits, his *pro se* motion to seal those documents, ECF No. 31, is **GRANTED**. The Clerk shall **SEAL** ECF No. 30-1, and enter judgment stating, "Plaintiff's first amended complaint is **DISMISSED without prejudice** for failure to comply with a court order and because it is a shotgun pleading. Plaintiff must pay the filing fee if he chooses to refile his case." The Clerk shall close the file.

**SO ORDERED on July 28, 2025.**

                                         s/Mark E. Walker
                                         **United States District Judge**